**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-6168

MICHAEL GRAY GODFREY,

Plaintiff - Appellant,

v.

DR. LONG; DISCHARGE NURSE MIKE, Central Prison; HEAD NURSE,
Lumberton Correctional Center,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.  (5:10-ct-03105-BO)

Submitted:  April 19, 2012          Decided:  April 26, 2012

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Gray Godfrey, Appellant Pro Se.  Jaye E. Bingham-Hinch,
Kari Russwurm Johnson, CRANFILL, SUMNER & HARTZOG, LLP, Raleigh,
North Carolina; Elizabeth Pharr McCullough, Kelly Elizabeth
Street, YOUNG, MOORE & HENDERSON, PA, Raleigh, North Carolina;
Kimberly D. Grande, NORTH CAROLINA DEPARTMENT OF JUSTICE,
Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Gray Godfrey appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Godfrey v. Long</u>, No. 5:10-ct-03105-BO (E.D.N.C. Jan. 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>